UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>-against-<br><br>HARRIS SLIWOSKI LLP et al.,<br><br>                              Defendants. | No. 1:24-cv-03636 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Plaintiff commenced this case on May 13, 2024 as a related case to *Republic of Haiti v. Harris Sliwoski LLP et al.*, No. 24-cv-00157 (JLR) (S.D.N.Y. Jan. 9, 2024).  That case was voluntarily dismissed on June 13, 2024.  ECF No. 30.  The parties shall file a joint letter no later than June 21, 2024, indicating whether they are prepared to proceed to an initial pretrial conference in this action.

Dated:  June 18, 2024
            New York, New York

                                                                           SO ORDERED.

                                                                           *Jennifer Rochon*
                                                                           JENNIFER L. ROCHON
                                                                           United States District Judge

1